■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. PATRICIA J. BORUCKI, Individually and as Administratrix of the Estate of CHARLES M. BORUCKI, Deceased, Respondent, v A C AND S, INC., et al., Defendants, and KEENE CORPORATION, Appellant. (Appeal No. 2.) [602 NYS2d 584] —Judgment unanimously affirmed with costs. Same Memorandum as in *Matter of Eighth Judicial Dist. Asbestos Litig.* (197 AD2d 901 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Products Liability.) Present—Denman, P. J., Green, Balio, Boomer and Boehm, JJ.